```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

VICTOR J. FISCHER,                  :
                                    :
    Plaintiff,                     :
                                    :
vs.                                 :     CIVIL ACTION 12-0215-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                     :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Victor J. Fischer.

DONE this 1st day of October, 2012.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE